IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY STEWART,

      Plaintiff,                    No. CIV S-06-1333 DFL GGH P

    vs.

KEITH HIGGINS, et al.,

      Defendants.              <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of November 7, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 15, 2006 motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: 1/3/07                       /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE

GGH:bb
stew1333.36