IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY STEWART,

    Plaintiff,                    No. CIV S-06-1333 DFL GGH P

    vs.

KEITH HIGGINS, et al.,

    Defendants.           ORDER

_____/

        By Order, filed on November 7, 2006, plaintiff's claims as to certain of the defendants in plaintiff's original complaint were dismissed with leave to amend within thirty days. Upon plaintiff's request, he was granted an extension of time by Order, filed on January 3, 2007, to file an amended complaint. By letter filed on January 31, 2007, plaintiff informed the court that he could not meet even the extended deadline due to difficulties he faced, stating that he would therefore "decline to amend." In a subsequent filing, which includes an extensive number of exhibits, plaintiff states that he believes he has been subject to harassment/retaliation for the filing of this action and strongly implies that he only declined to amend because he was denied adequate law library time. The court will grant plaintiff one further opportunity to file an amended complaint. There will be no further extension of time.

\\\\\

Accordingly, IT IS ORDERED that:

1. Plaintiff is granted one further opportunity to file an amended complaint;

2. Plaintiff must file an amended complaint within thirty days of the date of this order; there will be no further extension of time;

3. Upon filing an amended complaint or expiration of the time allowed therefor, the court will make further orders for service of process upon some or all of the defendants.

DATED: 5/31/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
stew1333.ord