1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TRACY STEWART,

11           Plaintiff,                    No. CIV S-06-1333 RRB GGH P

12       vs.

13   KEITH HIGGINS, et al.,

14           Defendants.                   ORDER

15   _____/

16           Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief

17   pursuant to 42 U.S.C. § 1983.  By Order, filed on 11/07/06, plaintiff's claims against certain

18   defendants were dismissed with plaintiff granted leave to file an amended complaint.  By

19   concurrently filed Findings and Recommendations, this court recommends that plaintiff's

20   amended complaint be dismissed.

21           The complaint states a cognizable claim for relief against defendants Keith

22   Higgins and Tevin Tiang Trong, pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

23           Plaintiff has requested the appointment of counsel.  The United States Supreme

24   Court has ruled that district courts lack authority to require counsel to represent indigent

25   prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In

26   certain exceptional circumstances, the court may request the voluntary assistance of counsel

1

1  pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991);

2  Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

3  does not find the required exceptional circumstances.  Plaintiff's requests for the appointment of

4  counsel will therefore be denied.

5          In accordance with the above, IT IS HEREBY ORDERED that:

6          1.  Plaintiff's July 2, 2007, and July 13, 2007, motions for appointment of counsel

7  are denied.

8          3.  Service is appropriate for the following defendants:  Keith Higgins and Tevin

9  Tiang Trong.

10          4.  The Clerk of the Court shall send plaintiff two (2) USM-285 forms, one

11  summons, an instruction sheet and a copy of the complaint filed June 16, 2006.

12          5.  Within thirty days from the date of this order, plaintiff shall complete the

13  attached Notice of Submission of Documents and submit the following documents to the court:

14          a.  The completed Notice of Submission of Documents;

15          b.  One completed summons;

16          c.  One completed USM-285 form for each defendant listed in number 3

17          above; and

18          d.  Three copies of the endorsed complaint filed June 16, 2006.

19          6.  Plaintiff need not attempt service on defendants and need not request waiver of

20  service.  Upon receipt of the above-described documents, the court will direct the United States

21  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

22  without payment of costs.

23  DATED: 03/07/08                /s/ Gregory G. Hollows

24                        UNITED STATES MAGISTRATE JUDGE

GGH:009
25  stew1333.1+

26