IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TRACY STEWART,** | Case No.: 2:06-cv-01333-JAM-GGH |
| Plaintiff, | **ORDER GRANTING DEFENDANTS EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| **v.** | |
| **KEITH HIGGINS, et al.,** | |
| Defendants. | |

On July 11, 2008, Defendants filed a request for extension of time to file their responsive pleading, explaining that all documentation necessary to determine how to proceed has not yet been received.  Defendants further explained that additional time is necessary to prepare a responsive pleading.

**FOR GOOD CAUSE SHOWN**, Defendants are granted an extension of time, up to and including August 13, 2008, in which to file their responsive pleading.

Dated:  07/16/08

/s/ Gregory G. Hollows
_____
United States Magistrate Judge

stew1333.eot