IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY STEWART,

      Plaintiff,                    No. CIV S-06-1333 JAM GGH P

     vs.

KEITH HIGGINS, et al.,

      Defendants.          <u>ORDER</u>

_____/

        On August 13, 2008, defendant Higgins filed a motion to dismiss. Plaintiff did not file an opposition but, on September 15, 2008, submitted a filing indicating that he had yet to receive an order from the court directing him to respond to the motion. Plaintiff should not be awaiting such an order. By previous order plaintiff was informed, inter alia, that:

> [u]nless otherwise ordered, all motions to dismiss, motions for summary judgment, motions concerning discovery, motions pursuant to Rules 7, 11, 12, 15, 41, 55, 56, 59 and 60 of the Federal Rules of Civil Procedure, and motions pursuant to Local Rule 11-110 shall be briefed pursuant to Local Rule 78-230(m). Failure to oppose such a motion timely may be deemed a waiver of opposition to the motion.

Order, filed on May 7, 2008, p. 3.

\\\\

1

Plaintiff also indicates he is having some difficulty accessing the law library and cannot meet the deadline for that reason as well. The court will construe his filing as a timely motion for an extension of time to file his opposition.

Accordingly, IT IS ORDERED that:

1. Plaintiff's September 15, 2008 (# 43) request is construed to be a timely filed motion for extension of time to file an opposition to the pending motion to dismiss (# 42);

2. Plaintiff is granted thirty days from the date of this order to file an opposition; and

3. Failure to file an opposition will be deemed a waiver of opposition and will result in a recommendation that the motion be granted.

DATED: 09/23/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
stew1333.ext