IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY STEWART,

      Plaintiff,               No. CIV S-06-1333 JAM GGH P

   vs.

KEITH HIGGINS, et al.,

      Defendants.        ORDER

                            /

         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

         On March 10, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

         The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY that:

         1. The findings and recommendations filed March 10, 2008 (#35), are adopted in

1

1 | full; and

2 |     2. For the reasons set forth in the Order, filed on November 7, 2006 (# 8),

3 | defendants Roy Ulatan, B. Kukrall, S. Shannon, V. Garcia are dismissed from the original

4 | complaint;

5 |     3. Plaintiff's first amended complaint, filed on July 2, 2007 (# 22), is dismissed

6 | without further leave to amend;

7 |     4. This matter proceeds on the original complaint, filed on June 16, 2006 (# 1),

8 | only as to defendants Keith Higgins and Tevin Tiang Trong.

9 | DATED:  9/24/2008

11 |         /s/ John A. Mendez
        UNITED STATES DISTRICT JUDGE

12 | /stew1333.800