IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY STEWART,

        Plaintiff,                  No. CIV S-06-1333 JAM GGH P

    vs.

KEITH HIGGINS, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 4, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed February 4, 2009, are adopted in full; and

2. Defendant Higgins' motion to dismiss for failure to exhaust administrative remedies, filed on 8/13/08 (docket #42) is granted as to plaintiff's claims of retaliation against defendant Higgins for incidents occurring in January of 2006 and April of 2006, and this action shall proceed only as to plaintiff's July 2005, claims against defendant Higgins and Tiang Trong.

DATED: 3/12/2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE