IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY STEWART,

      Plaintiff,                     No. CIV S-06-1333 JAM GGH P

    vs.

KEITH HIGGINS, et al.,

      Defendants.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has directed a letter to the court (addressed to Judge Mendez), seeking assistance and stating, in very general terms, that he is being harassed and intimidated daily and is unable to litigate this case.

        Any request that this court issue an order must be made by formal motion. See Fed. R. Civ. P. 7(b). Any motion filed must comply with the Local Rules of this court. In order to seek court assistance, plaintiff must, at a minimum, in an affidavit accompanying a motion, identify the individuals who are impeding his ability to litigate this case, specifying precisely in what manner they are doing so, when any alleged acts of intimidation and harassment have occurred and what relief he seeks.

\\\\\

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's inadequately supported
2 request for court assistance, filed on November 16, 2009 (docket # 55), is denied without
3 prejudice.
4 DATED: November 23, 2009

6                                            /s/ Gregory G. Hollows
7                                   UNITED STATES MAGISTRATE JUDGE
8 GGH:009
  stew1333.ord